# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D19-2288

_____

JIMMIE CASEN,

Petitioner,

v.

FLORIDA DEPARTMENT OF
CHILDREN AND FAMILIES,

Respondent.

_____

Petition for Writ of Mandamus—Original Jurisdiction.


August 29, 2019


PER CURIAM.

The petition for writ of mandamus is denied on the merits. *See Clark v. Nichols M. N. P.*, 225 So. 3d 416 (Fla. 1st DCA 2017) (holding that to be entitled to mandamus relief compelling a ruling on a pending civil matter, a petitioner must demonstrate that he has noticed the matter for hearing in the lower tribunal).

RAY, C.J., and BILBREY and WINOKUR, JJ., concur.

_____

*__Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.__*

_____


Jimmie Casen, pro se, Petitioner.

No appearance for Respondent.